No. D–2587. IN RE DISBARMENT OF TRUM. Disbarment entered. [For earlier order herein, see 562 U. S. 1041.]

No. 10M113. SALT RIVER PROJECT AGRICULTURAL IMPROVEMENT AND POWER DISTRICT ET AL. v. ARIZONA ET AL. Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 10–947. BANK MELLI IRAN NEW YORK REPRESENTATIVE OFFICE v. WEINSTEIN ET AL. C. A. 2d Cir. The Solicitor General is invited to file a brief in this case expressing the views of the United States.

No. 10–8820. GONZALEZ LORA v. UNITED STATES. C. A. 4th Cir. Motion of petitioner for reconsideration of order denying leave to proceed *in forma pauperis* [562 U. S. 1268] denied. JUSTICE KAGAN took no part in the consideration or decision of this motion.

No. 10–9938. ADAMS v. MERCK & CO., INC. C. A. 5th Cir.;

No. 10–10051. ALBAHRI v. FLORIDA. Dist. Ct. App. Fla., 1st Dist.; and

No. 10–10150. MBAKPOU v. COMMITTEE ON ADMISSIONS, DISTRICT OF COLUMBIA COURT OF APPEALS. Ct. App. D. C. Motions of petitioners for leave to proceed *in forma pauperis* denied. Petitioners are allowed until July 5, 2011, within which to pay the docketing fees required by Rule 38(a) and to submit petitions in compliance with Rule 33.1 of the Rules of this Court.

No. 10–10637. IN RE ECKSTROM. Petition for writ of habeas corpus denied.

No. 10–10568. IN RE SCHOTZ. Petition for writ of habeas corpus denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 10–9904. IN RE DEL RIO. Petition for writ of mandamus denied.

No. 10–875. HALL ET UX. v. UNITED STATES. C. A. 9th Cir. Certiorari granted.